UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                 Case No.1831055
KIMBERLY JONES                             Chapter 13
3309 OLD DOBBIN RD
MONTGOMERY, AL 36116

Debtor

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                     STATE OF ALABAMA
                     STATE COMPTROLLERS OFFICE
                     100 N UNION ST STE 284
                     MONTGOMERY, AL  36104

The above employer is authorized to pay all future wages to the debtor.

Done this Thursday, March 2, 2023.

                                                        */s/ Christopher L. Hawkins*
                                                        Christopher L. Hawkins
                                                        United States Bankruptcy Judge

cc:  Kimberly Jones